# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:21-cr-138-ACC-EJK

**KEITH INGERSOLL**

AUSA: Roger Handberg
Defense Attorney: Stuart Hyman (Limited appearance)
Damon Chase (Limited appearance)

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **December 14, 2021**<br>9:35 A.M.- 9:39 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | T. LeGros | RECORDING: | Digital<br>Orlando_Digital_Transcripts@<br>flmd.uscourts.gov |
| INTERPRETER: | N/A | | |

## CLERK'S MINUTES
### STATUS CONFERENCE RE REPRESENTATION

Case called, appearances made, procedural setting by the court.
Stuart Hyman and Damon Chase make a limited appearance for this hearing.
Court directs defendant to retain counsel by Monday, 12/20/21; Status hearing regarding representation set before this court for 10:00 on 12/20/21; Notice to enter.
Court adjourned.