UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                                   CASE NO: 6:21-cr-138-GAP-EJK

KEITH INGERSOLL and
JAMES P. ADAMCZYK

ORDER

This cause came before the Court at a status conference held August 8, 2022, at which the parties jointly moved for a continuance of the trial in this case to a date certain in November 2022 (Doc. 59).   The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stated on the record in open court.   18 U.S.C. § 3161(h)(8)(A).   The motion is therefore **GRANTED** and the trial in this case is continued to **November 7, 2022[1], at 9:15 a.m.,** which is a date certain.

**Defendants are directed to file Waivers of Speedy Trial waiving through at least November 30, 2022, by August 19, 2022.   Failure to timely file the waivers will result in the trial being placed back on the September 2022 trial**

---

[1] At the status conference, the Court told counsel available trial dates would be provided for them to choose from.   However, November 7, 2022, is the only available date in November that the Court can begin trial.

**term without further notice.**

The Court hereby sets a status conference in this case for **October 11, 2022, at 9:00 a.m.** before the Honorable Gregory A. Presnell, United States District Judge, in Courtroom 5A, United States Courthouse, 401 W. Central Blvd., Orlando, Florida.   The defendants are not required to be present at the status conference.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant