UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

UNITED STATES OF AMERICA

VS.                                                                 CASE NO: 6:21-cr-138-GAP-EJK

KEITH INGERSOLL and
JAMES P. ADAMCZYK

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Amanda Sterling Daniels, Jennifer Harrington |
|---|---|---|---|
| DEPUTY CLERK: | Lisa Milliron | | |
| COURT REPORTER: | Suzanne Trimble | COUNSEL FOR DEFENDANT: | Damon A. Chase (Ingersoll); A. Brian Phillips (Adamczyk) |
| SCHEDULED DATE/TIME: | October 11, 2022 9:00 AM | INTERPRETER: | N/A |

MINUTES
Status Conference

| | |
|---|---|
| 9:04 a.m. | Case called.  Appearances. |
| | Counsel provide the Court with a status of the case. |
| | A change of plea will be set before the magistrate judge as to Defendant Ingersoll.  The trial in this case is continued as to both Defendants to the December trial term.  Order to enter. |
| 9:11 a.m. | Court adjourned. |

Total time in court:  seven minutes