# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                **CASE NO: 6:21-cr-138-GAP-EJK**

**KEITH INGERSOLL**

AUSA: Amanda Daniels
Jennifer Harrington
Chauncey Bratt
Defense Attorney: Damon A. Chase

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **October 18, 2022**<br>1:33 P.M. – 2:06 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 33 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | | |

**CLERK'S MINUTES**
**CHANGE OF PLEA**

Case called, appearances made, procedural setting by the Court
Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
Court advises defendant of his rights, sentencing guidelines and reviews the plea agreement as stated on the record
Court accepts and endorses defendant's Waiver of Indictment.
Defendant acknowledges his initials and signature on the original plea agreement, that the factual basis is true and enters a plea of guilty to counts 1-5 in the Superseding Information.
At the time of sentencing all charges from the original Indictment filed at Doc. 1 will be dismissed.
Court receives the guilty plea and will enter a Report and Recommendation.
Government advises the court of a scrivener's error in the forfeiture section, but correctly started in the plea agreement.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant remains on pretrial release pending sentencing.
Court adjourned.