**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:21-cr-138-GAP-EJK**

**KEITH INGERSOLL**

---

**ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 77), the parties having filed Notices of No Objection thereto (Docs. 78 and 79), the plea of guilty of the defendant to Counts One through Five of the Superseding Information is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for **January 18, 2023**, under separate notice.

**DONE and ORDERED** at Orlando, Florida this October 19, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant