# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                        CASE NO: 6:21-cr-138-GAP-EJK

**KEITH INGERSOLL**

AUSA: Amanda Daniels

Defense Attorney: Michael Lafay

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **November 1, 2022**<br>2:32-3:00<br>28 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
### INITIAL APPEARANCE-REVOCATION PROCEEDINGS/BOND REVOCATION HEARING

Case called; appearances taken; procedural setting by the Court.
Michael Lafay, Esq., appeared on a limited basis.
Court advised the Defendant of his right to remain silent.
Counsel stipulated to the violation in the Petition.
Counsel for the Defendant proffered to the Court.
Counsel for the Government presented argument.
Government exhibit entered.
Court revoked the Defendant conditions of release.
Order entered.