# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:21-cr-138-GAP-EJK**

**KEITH INGERSOLL**

## ORDER REVOKING CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3148(b) a hearing was held on the Government's motion for revocation of conditions of Defendant's release. Appearing were: Defendant, personally, counsel for the Defendant (by limited appearance), the Assistant United States Attorney, and the Pretrial Services Officer. Based upon the evidence received, the Court finds clear and convincing evidence Defendant violated a condition of release:

> That Defendant's travel is restricted to the Middle District of Florida, with application to Pretrial Services in advance of any other travel outside of Middle District of Florida. (Doc. No. 21, at 2).

During the hearing, Defendant stipulated that on October 21, 2022 he boarded a cruise ship, traveled to the Bahamas, and returned to Florida on October 24, 2022, without receiving advance permission from either Pretrial Services or the Court.

Based on the evidence presented at the hearing, the Court further finds the Defendant shall be detained because the Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(2)(B).

**IT IS ORDERED** that the Defendant shall be detained in the custody of the U.S. Marshals Service.

                                                      */s/ Leslie Hoffman Price*
                                                      LESLIE HOFFMAN PRICE
                                          UNITED STATES MAGISTRATE JUDGE

1st day of November, 2022