UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-cr-138-GAP-EJK

KEITH INGERSOLL

_____

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 11/1/2022 | 11/1/2022 | | | printout of text messages |