AO 442 (Rev. 05/07) Warrant for Arrest

FID # 11355257

# UNITED STATES DISTRICT COURT
## Middle District of Florida

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA

VS.

CASE NO: 6:21-cr-138-GAP-EJK

KEITH INGERSOLL

USMS # 74397-509

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Keith Ingersoll**.

and bring him or her forthwith to the nearest magistrate judge to answer a **Pretrial Release Violation Petition** charging him with

See Petition.

| | |
|---|---|
| Edward Jackson<br>Name of Issuing Officer | *Edward Jackson* (signature)<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | October 28, 2022, Orlando, Florida<br>Date and Location |



**RETURN**

This warrant was received and executed with the arrest of the above-named individual at:

ORlando, FL

| DATE RECEIVED<br>10/28/2022 | NAME AND TITLE OF ARRESTING OFFICER<br>Angel Ayala / DUSM | SIGNATURE OF ARRESTING OFFICER<br> |
|---|---|---|
| DATE OF ARREST<br>11/01/2022 | | |