UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 6:21-cr-00138-GAP-EJK |
| ) | |
| KEITH INGERSOLL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER SEAL A MOTION TO CONTINUE DEFENDANT'S SENTENCING**

The Defendant, Keith Ingersoll ("Mr. Ingersoll"), by and through the undersigned counsel, hereby moves for leave to file under seal a motion to continue the sentencing in this matter. In support thereof, Mr. Ingersoll states as follows:

### I.     RELEVANT PROCEDURAL HISTORY

1.     On October 18, 2022, Mr. Ingersoll appeared before this Court and entered a guilty plea to five counts in a superseding information, including two counts of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (counts one and four), a substantive count of wire fraud, in violation of 18 U.S.C. § 1343 (count two), a count of aggravated identity theft, in violation of 18 U.S.C. §

1028A(a)(1) (count three), and a count of attempted wire fraud, in violation of 18 U.S.C. § 1349 (count five).  *See* Docs. 66, 68, 69, 72.  Mr. Ingersoll's guilty pleas were made pursuant to a written plea agreement he entered into with the government.  Doc. 69.

2. On October 19, 2022, the Court accepted Mr. Ingersoll's guilty pleas and adjudicated him guilty of the aforementioned counts.  Doc. 81.  The Court also scheduled Mr. Ingersoll's sentencing for January 18, 2023 at 10:00 a.m.  Doc. 80.

3. As a result of his guilty pleas, Mr. Ingersoll faces the potential of a significant federal prison sentence.

4. On November 18, 2022, the undersigned filed a notice of appearance to serve as Mr. Ingersoll's counsel at sentencing. Doc. 94.

5. The undersigned plans to move for a continuance of Mr. Ingersoll's sentencing.  The undersigned has also conferred with Assistant United States Attorney ("AUSA") Amanda Daniels who does not oppose a continuance of the sentencing.  The specific basis supporting Mr. Ingersoll's request for a continuance includes sensitive and private information about Mr. Ingersoll's health and other matters that are not suitable for public disclosure at this time.  Therefore, the undersigned seeks permission from this Court to file the motion for a sentencing continuance under seal.  AUSA Daniels has informed the undersigned that the

government does not oppose the instant motion seeking leave to file the motion for a continuance under seal.

## II.     MEMORANDUM OF LAW AND GROUNDS FOR RELIEF SOUGHT

The Middle District of Florida Local Rules provide, in relevant part, that:

> a motion for leave to file under seal:
> (1) must include in the title "Motion for Leave to File Under Seal";
> (2) must describe the item proposed for sealing;
> (3) must state the reason:
>     (A) filing the item is necessary,
>     (B) sealing the item is necessary, and
>     (C) partial sealing, redaction, or means other than sealing are unavailable or unsatisfactory;
> (4) must propose a duration of the seal; . . . . . .
> (6) must include a legal memorandum supporting the seal; but
> (7) must not include the item proposed for sealing.

*See* Rule 1.11, M.D. Fla. Local Rules.

Courts have historically recognized a "general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978). The right to public access to judicial records, however, is not absolute. *Id.* at 598. The presumption of openness may be overcome, however, where a party shows "an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *United States v. Ochoa-Vazquez*, 428 F. 3d. 1015, 1029 (11th Cir. 2005) (internal citations omitted).

As the Court is likely aware, Mr. Ingersoll's case and a number of other related cases have garnered significant local and national press attention. *See e.g. United States v. Joel Micah Greenberg*, Case No. 6:20-cr-97-GAP-LHP (M.D. Fla. Orl. Div.); *United States v. Michael Courtney Shirley*, Case No. 6:22-cr-123-GAP-DCI (M.D. Fla. Orl. Div.); *United States v. Joseph Ellicott*, Case No. 6:22-cr-00009-GAP-DAB (M.D. Fla. Orl. Div.). Therefore, any information submitted to the Court on Mr. Ingersoll's behalf in a public pleading is likely to be publicized by the media in some form or fashion. The information that Mr. Ingersoll would like to provide to the Court in support of his request for a continuance includes private health and personal information, as well as other sensitive information about this case. In order to protect Mr. Ingersoll's privacy, the undersigned is hereby requesting permission to file the motion for a continuance of the sentencing under seal. The item proposed for sealing consists of the motion to continue Mr. Ingersoll's sentencing hearing. The undersigned request's that the motion for a continuance remain under seal until further order of the Court. Moreover, the undersigned asserts that partial sealing or redaction is impractical as most, if not, the entire basis for the proposed motion to continue consists of sensitive and personal information, which the public should not be privy to at this time.

Upon the granting of this motion, the undersigned will file the proposed motion seeking a continuance of Mr. Ingersoll's sentencing under seal via CM/ECF.

### III.   CONCLUSION

WHEREFORE, the Defendant, Keith Ingersoll, respectfully requests that this Court enter an Order granting the undersigned permission to file, under seal, the proposed motion seeking a continuance of the sentencing hearing in this matter.

Respectfully submitted this 19th day of December, 2022.

>  */s/ Andrew C. Searle*
> **ANDREW C. SEARLE, ESQ.**
> Florida Bar No.  0116461
> **SEARLE LAW P.A.**
> 200 East Robinson Street, Suite 1150
> Orlando, Florida 32801
> Telephone: 407-203-3715
> Email: andrew@searle-law.com
> *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 19, 2022, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

>  */s/ Andrew C. Searle*
> **ANDREW C. SEARLE, ESQ.**
> Florida Bar No.  0116461
> **SEARLE LAW P.A.**
> 200 East Robinson Street, Suite 1150
> Orlando, Florida 32801
> Telephone: 407-203-3715
> Email: andrew@searle-law.com
> *Attorney for Defendant*