# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-cr-138-GAP-EJK

KEITH INGERSOLL

## ORDER

This matter is before the Court on the sealed motion to continue Defendant's sentencing hearing filed December 20, 2022 (Doc. 100).  Upon review, the Court finds no cause for the motion to be filed under seal.  Therefore, it is

**ORDERED** that the sealed motion (Doc. 100) is hereby **STRICKEN**.  A renewed motion to continue the sentencing hearing may be filed on the public docket.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant