**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO: 6:21-cr-138-GAP-EJK**

**KEITH INGERSOLL**

---

**ORDER**

This cause is before the Court on Defendant's Unopposed (and Renewed) Motion to Continue Sentencing and Request for an Extension of Deadlines to Submit Sentencing Materials filed December 20, 2022 (Doc. 102).

A review of this case finds that Defendant has been continuously represented by attorney Damon Chase since December 17, 2021 (Doc. 43), which is over one year ago.  Attorney Andrew Searle entered his appearance as co-counsel for the purposes of sentencing on November 18, 2022 (Doc. 94), knowing very well that on October 19, 2022, the sentencing was noticed for hearing to be held on January 18, 2023 (Doc. 80).   The subject motion to continue (Doc. 102) was filed approximately one month after Mr. Searle's appearance on the case.

Ninety days is ample time to prepare for sentencing, especially when Defendant has two lawyers to represent him.  The Court sees no good cause to continue the hearing; however, to accommodate counsel, a 30-day continuance will be granted.

It is therefore

**ORDERED** that the motion (Doc. 102) is **GRANTED in part**. The sentencing in this case is continued to February 28, 2023, at 1:30 p.m. Objections to the presentence report are due January 20, 2023; motions are due February 10, 2023; responses to the motions are due February 17, 2023; and sentencing memoranda are due February 21, 2023. These deadlines will be strictly enforced, and no continuances of the deadlines or the hearing will be granted absent extraordinary circumstances.

**DONE** and **ORDERED** in Orlando, Florida on December 22, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant